RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for In Seon Seong

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>IN SEON SEONG,<br><br>       Defendant. | Case No. 12-CR-268-JAD-CWH<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS TO PERMIT TRAVEL**<br><br>**(Expedited Treatment Requested)** |

Comes now the defendant, In Seon Seong, by and through her counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby files this Unopposed Motion to Modify Conditions to Permit Travel. This request is based on the Points and Authorities attached hereto.

DATED this 14th day of March, 2016.

RENE L. VALLADARES
Federal Public Defender

By:  */s/Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for In Seon Seong

## POINTS AND AUTHORITIES

1) On November 22, 2013, Ms. Seong was released on Pretrial Release Bond with conditions. Her travel was restricted to Clark County, Nevada and the State of New Jersey. CR#67.

2) Ms. Seong seeks permission to travel to Huntington Beach, California for her daughter's baby shower. Ms. Seong will leave Friday March 18, 2016 and return on Monday, March 21, 2016. She will stay at her daughter's residence. Ms. Seong has provided the address to Pretrial Services.

3) Both the government and Pretrial Services Officer Oliver have no opposition to Ms. Seong's request.

Dated this 14th day of March, 2016.

Respectfully submitted,

By: */s/Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for In Seon Seong

**IT IS SO ORDERED**: _____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 14, 2016, he served an electronic copy of the above and foregoing **Unopposed Motion to Modify Conditions to Permit Travel** (**Expedited Treatment Requested**) by electronic service (ECF) to the person named below:

        DANIEL G. BOGDEN
        United States Attorney
        KIMBERLY FRAYN
        Assistant United States Attorney
        333 Las Vegas Blvd. So. 5th Floor
        Las Vegas, NV 89101

                            */s/ Brandon Thomas*
                            Employee of the Federal Public Defender