RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for In Seon Seong

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>IN SEON SEONG,<br><br>　　　　　Defendant. | Case No. 12-cr-268-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for In Seon Seong, that the Sentencing Hearing currently scheduled on February 27, 2017 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The parties are still in the process of attempting to negotiate restitution in this case.

      2. It is anticipated that the government and Ms. Seong's codefendants will either negotiate or litigate the restitution issue. The parties agree that Ms. Seong should receive any benefit that the codefendants should receive regarding restitution.

      3. The defendant is not in custody and does not oppose a continuance.

      4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 15th day of February, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|    */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |    */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IN SEON SEONG,<br><br>    Defendant. | Case No. 12-cr-268-JAD-CWH<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, February 27, 2017 at 9:00 a.m., be vacated and continued to May 30, 2017 at the hour of 9:00 a.m.

   DATED this 15th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

3