| | |
|---|---|
| 1 | RENE L. VALLADARES |
| | Federal Public Defender |
| 2 | Nevada State Bar No. 11479 |
| | RAQUEL LAZO |
| 3 | Assistant Federal Public Defender |
| | Nevada State Bar No. 8540 |
| 4 | 411 E. Bonneville, Ste. 250 |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 388-6577/Phone |
| | (702) 388-6261/Fax |
| 6 | Raquel_Lazo@fd.org |

Attorney for In Seon Seong

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-cr-268-JAD-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| IN SEON SEONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for In Seon Seong, that the Sentencing Hearing currently scheduled on June 5, 2017 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Since the last requested stipulation, government counsel has been actively involved in attempting to resolve the restitution matter as it pertains to Ms. Seong's codefendant, Ms. Choi. Ms. Choi's sentencing is scheduled for July 24, 2017 at 9:00 a.m. *See* ECF No. 168.

It is anticipated that Ms. Choi's sentencing may need to be continued once more before the restitution issue is fully resolved.

2. The parties believe that Ms. Seong should receive any benefit that Ms. Choi should receive regarding the outstanding restitution issue.

3. The defendant is not in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 18th day of May, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-cr-268-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| IN SEON SEONG, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, June 5, 2017 at 11:00 a.m., be vacated and continued to August 7, 2017 at 10:00 AM.

DATED this 19th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE