RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for In Seon Seong

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>IN SEON SEONG,<br><br>   Defendant. | Case No. 12-CR-268-JAD-CWH<br><br>**UNOPPOSED MOTION FOR RETURN OF PASSPORT** |

Comes now the defendant, In Seon Seong, by and through her counsel of record, Raquel Lazo, Assistant Federal Public Defender, and respectfully requests the return of his passport. This request is made based upon the following reasons:

1. On November 22, 2013, Ms. Seong made her initial appearance. ECF No. 62. Ms. Seong was released on a Personal Recognizance Bond. One of her conditions was that she surrender her passport. ECF No. 67.

2. On August 7, 2017, Ms. Seong was adjudicated guilty of Conspiracy to Commit Money Laudering and sentenced to three years' probation. ECF No. 182. Her bond was also exonerated.

3. Ms. Seong desires to obtain her passport back from Pretrial Services. Pretrial services has notified defense counsel that an order for this Court is necessary before they can relinquish the passport back to Ms. Seong.

4. Neither pretrial services nor the government oppose Ms. Seong's request.

5. Ms. Seong respectfully requests that this Court enter an order requiring Pretrial Services to return her passport.

DATED this 9th day of August, 2017.

                                      RENE L. VALLADARES
                                      Federal Public Defender

                        By: */s/Raquel Lazo*
                                      RAQUEL LAZO
                                      Assistant Federal Public Defender
                                      Attorney for In Seon Seong

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IN SEON SEONG,

    Defendant.

Case No. 12-CR-268-JAD-CWH

**ORDER**

Good cause appearing,

    IT IS HEREBY ORDERED that Pretrial Services is to return Ms. Seong's passport to her.

    DATED this 9th day of August, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 9, 2017, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR RETURN OF PASSPORT** by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>KIMBERLY FRAYN
>Assistant United States Attorney
>333 Las Vegas Blvd. So. 5th Floor
>Las Vegas, NV 89101

>*/s/ Brandon Thomas*
>Employee of the Federal Public Defender